DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN C. YEH HO,**
Appellant,

v.

**WILLIAM YEH,**
Individually, as Successor Trustee of the Louis Hency Ng Trust, and as
Plenary Guardian of the Property of Lucia Chiao Hung Ng,
Appellee.

No. 4D20-2200

[November 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2017-CP-000866-XXXX-NB.

Karen C. Yeh Ho, Boynton Beach, pro se.

William E. Boyes of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***